Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED
RICHARD W. NAGEL
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Civil Division

21 JAN 14 PM 4: 24

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| | | |
|---|---|---|
| Melody F. Henry | ) | Case No. 1:21CV0031 |
| | ) | (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) | Jury Trial: *(check one)* ☑Yes ☐No |
| -v- | ) | J. McFARLAND |
| | ) | |
| STEVEN T. MNUCHIN, Secretary of Treasury | ) ) ) | MJ. LITKOVITZ |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Melody Henry Davis |
   | Street Address | 6834 Sequoia Court |
   | City and County | Mason, Warren County |
   | State and Zip Code | Ohio, 45040 |
   | Telephone Number | (513) 252-5194 |
   | E-mail Address | mfhenry23@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### Defendant No. 1

| | |
|---|---|
| Name | Steven Mnuchin |
| Job or Title *(if known)* | Secretary of Treasury |
| Street Address | Treasury Building 1500 Pennsylvania Avenue, NW |
| City and County | Washington |
| State and Zip Code | DC 20220 |
| Telephone Number | (202) 622-2000 |
| E-mail Address *(if known)* | steven.mnuchin@treasury.gov |

### Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Internal Revenue Service |
| Street Address | 550 Main Street Room 6-403 Group 7525 |
| City and County | Cincinnati, Hamilton County |
| State and Zip Code | OH 45202-5298 |
| Telephone Number | (513) 976-6188 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☑ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
**April 24, 2018; May 24, 2018; June 18, 2018 and June 18 - 2, 2018**

C. I believe that defendant(s) *(check one)*:
- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race — I am an African American
- ☑ color — I am black
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

See attached copy of complaint filed with the Equal Employment Opportunity Commission. Additional, on September 20, 2018 I filed an EEOC complaint for annual appraisal rating and non-selection for 3 first level management positions. The complaint was amended on or about June 29, 2018 I amended to complaint to include harassment. There would be no need to file this fourth complaint if it were not for first of complaint of discrimination, Complaint #IRS-10-0648-F if it were not for the retaliation that occurred back in 2010 in the form of the wiretap on October 15, 2010, the retaliation in form of the felony charges along with the collusion among some management in the Cincinnati, Ohio office or the admonishment letter I would have not need to file this complaint.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
June 15, 2018.

B. The Equal Employment Opportunity Commission *(check one)*:

☑ has not issued a Notice of Right to Sue letter.

☐ issued a Notice of Right to Sue letter, which I received on *(date)* _____ .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

See attached statement of damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 14, 2021

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Melody T. Kenn

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

Form No. TDF 62-03.5 (11/12/2015 Edition)

**DEPT OF THE TREASURY**
**OFFICE OF CIVIL RIGHTS & DIVERSITY**
**RECEIVED SEP 20 2018**

**INDIVIDUAL COMPLAINT OF EMPLOYMENT DISCRIMINATION WITH THE DEPARTMENT OF THE TREASURY**

For Office Use Only:
Department Formal Case Number: IRS-18-0666-F
Filing Date: Sept 20, 2018

### PART I: COMPLAINANT IDENTIFICATION

**1. Name**
- Last Name: Henry
- First Name: Melody
- Middle Initial: F

**2. Primary Contact Number (Include Area Code)**
- Phone: 513.252.5194
- Best Time to Call: ○ Morning  ● Afternoon  ○ Evening

**3. Preferred Email Address**
- Email: Melody.F.Davis@irs.gov

**4. Home Address** (You must notify the Department of any changes of address or your complaint may be dismissed. Send updated information to: Office of Civil Rights and Diversity, Department of the Treasury, 1500 Pennsylvania Avenue NW, Washington, DC 20220.)
- Street Address: 6834 Sequoia Court
- City: Mason
- State: Ohio
- ZIP: 45040

**5. If you are a current or former employee of the Federal government, list your most recent title, series, and grade.**
- Title: Revenue Agent
- Series: 512
- Grade: 13

**6. Name and Address of Organization Where You Work (If a Treasury Employee)**
- Bureau and Business Unit: Department of Treasury Internal Reenue Service
- Office and Organizational Component: TEGE:EP
- Street Address: 550 Main Street Room 5120 Group 7525
- City: Cincinnati
- State: OH
- ZIP: 45202

**7. Employment Status in Relation to this Complaint:**
○ Applicant  ○ Probationary  ● Career/Career Conditional
○ Former Employee  ○ Retired  ○ Other: _____
- Date Left Treasury Employment (If applicable): N/A

### PART II: DESIGNATION OF REPRESENTATIVE

**8.** You may represent yourself in this complaint or you may choose someone to represent you. Your representative does not have to be an attorney. You may change your designation of a representative at a later date, but you must notify the department immediately in writing of any change, and you must include the same information requested in this Part.

"I hereby designate _____ (Please Print Name) to serve as my representative during the course of this complaint. I understand that my representative is authorized to act on my behalf."

**9. Representative's Mailing Address**
- Firm / Organization:
- Street Address:
- City:
- State:
- ZIP:

**10. Representative's Employer (If Federal Agency)**
- Employer:

**11. Representative's Telephone/Email Address**
- Phone:
- Email:




| PART III: ALLEGED DISCRIMINATORY ACTIONS |||||
|---|---|---|---|---|
| 12. Name and Address of Treasury Bureau that took the action at issue (if different than item 6.) |||||
| Bureau and Business Unit: Department of Treasury Internal Reenue Service |  | Office and Organizational Component: TEGE:EP |||
| Street Address: 550 Main Street Room 5120 Group 7525 | City: Cincinnati || State: OH | ZIP: 45040 |
| 13. If you complaint involves nonselection for a position, please complete the below information. If you wish to allege more than one nonselection, list the same information for each additional nonselection under number 14. |||||
| Position: Revenue Agent |||  Series: 512 | Grade: 13 |
| Vacancy Announcement Number: 18-CS2-TEM0351-0512-05-LB |||| Date Learned of Nonselection: April 24, 2018 |
| 14. (A) Describe the action taken against you that you believe was discriminatory; (B) Give the date when the action occurred, and the name of each person responsible for the action; (C) Describe how you were treated differently than other employees or applicants; (D) Indicate what harm, if any, came to you in your work situation as a result of this action. (Evidence in support of your claim(s) should be provided to the investigator at a later stage. If you require more space to describe your allegations, please attach an additional page(s) to this form upon submission.) |||||

1) On April 24, 2018 I received a 4.8 rating on my annual performance appraisal from my group manager Melissa Whelan, which I believes should have been a 5.0 rating. On May 1, 2018 I submitted a rebuttal to my performance appraisal, which was not considered in changing the narratives for her performance appraisal. I believe the lower rate is retaliation as a result of my prior EEOC complaints.

2) On May 24, 2018 the I was not selected for Supervisory Internal Revenue Agent under announcement 18-CS2-TEM0351-0512-05-LB. I believe the nonselection is retialiation as a rsult of my prior EEOC complaints.

3) On June 18-June 22, 2018 I elevated to Management that I was subjected to harassment during my RCCMS Saba training class and it was not addressed. I believe the nonselection is retialiation as a rsult of my prior EEOC complaints.

4) On June 18, 2018 the CL discovered from an EO Agent that she was not selected for two Supervisory Internal Revenue Agent positions, Announcement 18CE1-TEM0237-0512-04-LA and Announcement 18CE1-TEM0239-0512-04-JD. I believe the nonselection is retialiation as a rsult of my prior EEOC complaints.

| 15. Mark below ONLY the bases you believe were relied on to take the actions described in #14. | |
|---|---|
| ☐ Age (Date of Birth: ) | ☐ National Origin (Specify: ) |
| ☐ Race (State Race: African American ) | ☐ Disability |
| ☐ Color (State Color: ) | ☐ Protected Genetic Information |
| ☐ Religion (State Religion: ) | ☐ Retaliation/Reprisal |
| ☐ Sex ( ☐ Male ☐ Female) | (Date of Prior EEO Activity: ) |
| ☐ Sex-Pregnancy ☐ Sex-LGBT | ☐ Parental Status |

**16. What remedial or corrective action are you seeking to resolve this matter?**

1) Raise score to 5; 2&4) priority place for next FL Mgr. position; 3) provide Mgmt. sensitivity training

## PART IV: CONTACT

**17. When did the *most recent* discriminatory event occur?**

Date of Most Recent Event
April 24, 2018, May 24, 2018 and June 18, 2018

**18. When did you first become aware of the alleged discrimination?**

Date of Awareness
April 24, 2018

**19. When did you contact an EEO Counselor?**

Date of EEO Contact
June 19, 2018

| Name of EEO Counselor | EEO Counselor Phone or Email |
|---|---|
| Brenda L. McLaurin-Small | 860.594.9001 |

**20. Did you discuss all actions raised in Item 14 with an EEO Counselor?**

⦿ Yes ○ No　　(if no, please explain)

**21. When did you receive your Notice of Right to File?**

Date Received Notice
September 6, 2018

**22.** If you contacted an EEO Counselor more than 45 days after the most recent alleged discriminatory event, or if you are filing this form more than 15 days after receiving the Notice of Right to File, please provide an explanation for the delay below and attach additional supporting documentation if necessary.

N/A

**23. On this same matter, have you filed a grievance or appeal under:**

| | |
|---|---|
| Negotiated grievance procedure | ○ Yes ⦿ No |
| Agency grievance procedure | ○ Yes ⦿ No |
| MSPB appeal procedure | ○ Yes ⦿ No |

If you filed a grievance or appeal, provide date filed, case number, and present status.

| Date Filed | Case Number | Present Status |
|---|---|---|
| | | |

## PART V: SIGNATURE

**24.** I certify that all of the statements made in this complaint are true, complete, and correct to the best of my knowledge and belief.

| Signature of Complainant or Attorney Representative | | Date |
|---|---|---|
| QXKCB | Digitally signed by QXKCB<br>Date: 2018.09.21 00:55:30 -04'00' | 09/21/2018 |

**Statement of Damages** Re: Melody F. Henry v. Steven Mnuchin, Secretary, Department of Treasury

**TOTAL DAMAGES IS $395,949.88, AMOUNT IS BROKEN DOWN BELOW AS FOLLOWS:**

**1.**

| AMOUNT | DESCRIPTION |
|---|---|
| $34,114.50 | 598.5 Retrieved hours need to be paid at $55 per hour[1] |
| $42,140.00 | Legal Expenses Total |
| $79,317.38 | Medical Expenses Total |
| $20,784.00 | Compensatory damages for loss of wages[2] |
| $219,594.00 | Punitive damages for pain and suffering (4 multiplied by [$34,114.50 +$20,784]) |

**Total Amount for the Damages is $395,949.88**

Below please find the breakdown for the Hours and Level type, Legal expenses, and Medical Expenses:

**A.**

**HOURS FOR ADMINISTRATIVE TIME WORKED & DENIED**

| Date | Hours | Level Type |
|---|---|---|
| 03/23/2019 | 10.0 | Administrative time worked and denied |
| 03/24/2019 | 10.0 | Administrative Time Worked and Denied |
| 03/25/2019 | 5.0 | Administrative Time Worked and Denied |
| | 25.0 | Total Administrative time worked and denied |

---

[1] **ACCUMULATED RETRIEVED HOURS AND LEVEL TYPE**

| Hours | Level Type |
|---|---|
| 25.0 Hours | Administrative Time Worked and Denied Total |
| 231.5 Hours | Annual Leave Total |
| 106.0 Hours | Credit Hours Total |
| 216.0 Hours | Sick Leave Total |
| 20.0 Hours | Time Off Award Total |
| **598.5** Hours | Total hours to be retrieved |

[2] Lost wages calculated from May 2018 at $55.00 per hour.

1

**B. HOURS FOR ANNUAL LEAVE**

| Date | Hours | Level Type |
|---|---|---|
| 03/05/2018 | 5.5 | Annual Leave |
| 03/09/2018 | 7.0 | Annual Leave |
| 03/23/2018 | 3.0 | Annual Leave |
| 04/02/2018 | 8.0 | Annual Leave |
| 04/03/2018 | 8.0 | Annual Leave |
| 04/04/2018 | 8.0 | Annual Leave |
| 04/19/2018 | 6.0 | Annual Leave |
| 05/09/2018 | 4.0 | Annual Leave |
| 05/11/2018 | 7.0 | Annual Leave |
| 05/17/2018 | 8.0 | Annual Leave |
| 05/21/2018 | 2.0 | Annual Leave |
| 05/22/2018 | 8.0 | Annual Leave |
| 05/23/2018 | 8.0 | Annual Leave |
| 10/29/2018 | 8.0 | Annual Leave |
| 10/31/2018 | 4.0 | Annual Leave |
| 02/02/2019 | 4.0 | Annual Leave |
| 02/15/2019 | 3.0 | Annual Leave |
| 02/20/2019 | 1.0 | Annual Leave |
| 02/21/2019 | 3.0 | Annual Leave |
| 04/22/2019 | 8.0 | Annual Leave |
| 05/10/2019 | 6.5 | Annual Leave |
| 05/17/2019 | 8.0 | Annual Leave |
| 05/31/2019 | 7.0 | Annual Leave |
| 06/03/2019 | 8.0 | Annual Leave |
| 06/10/2019 | 8.0 | Annual Leave |
| 07/19/2019 | 8.0 | Annual Leave |
| 07/22/2019 | 4.0 | Annual Leave |
| 07/25/2019 | 2.0 | Annual Leave |
| 07/26/2019 | 1.5 | Annual Leave |
| 08/15/2019 | 1.5 | Annual Leave |
| 08/16/2019 | 8.0 | Annual Leave |
| 08/19/2019 | 8.0 | Annual Leave |
| 09/11/2019 | 8.0 | Annual Leave |
| 09/20/2019 | 8.0 | Annual Leave |

## HOURS FOR ANNUAL LEAVE CONTINUED

| Date | Hours | Level Type |
|---|---|---|
| 10/10/2019 | 3.5 | Annual Leave |
| 11/08/2019 | 4.0 | Annual Leave |
| 01/14/2020 | 1.0 | Annual Leave |
| 01/15/2020 | 8.0 | Annual Leave |
| 01/21/2020 | 8.0 | Annual Leave |
| 01/27/2020 | 7.0 | Annual Leave |
| | | |
| | 231.5 | Annual Leave Total |
| | | |

C.                HOURS FOR CREDIT HOURS[3]

| Date | Hours | Level Type |
|---|---|---|
| 03/05/2018 | 2.5 | Credit Hours |
| 03/23/2018 | 2.5 | Credit Hours |
| 04/16/2018 | 1.5 | Credit Hours |
| 05/10/2018 | 4.0 | Credit Hours |
| 05/11/2018 | 1.0 | Credit Hours |
| 10/03/2018 | 6.0 | Credit Hours |
| 10/29/2018 | 5.0 | Credit Hours |
| 11/30/2018 | 3.0 | Credit Hours |
| 12/07/2018 | 1.0 | Credit Hours |
| 12/20/2018 | 0.5 | Credit Hours |
| 02/04/2019 | 8.0 | Credit Hours |
| 02/05/2019 | 4.0 | Credit Hours |
| 02/06/2019 | 8.0 | Credit Hours |
| 02/15/2019 | 5.0 | Credit Hours |
| 02/22/2019 | 4.0 | Credit Hours |
| 03/01/2019 | 2.0 | Credit Hours |
| 03/13/2019 | 8.0 | Credit Hours |
| 03/14/2019 | 8.0 | Credit Hours |
| 03/15/2019 | 8.0 | Credit Hours |
| 04/04/2019 | 0.5 | Credit Hours |
| 04/11/2019 | 1.0 | Credit Hours |
| 04/26/2019 | 2.0 | Credit Hours |
| 05/09/2019 | 0.5 | Credit Hours |
| 05/24/2019 | 6.0 | Credit Hours |
| 07/10/2019 | 2.5 | Credit Hours |
| 07/11/2019 | 4.0 | Credit Hours |
| 10/24/2019 | 1.5 | Credit Hours |
| 10/25/2019 | 1.0 | Credit Hours |
| 11/08/2019 | 4.0 | Credit Hours |
| 01/27/2020 | 1.0 | Credit Hours |
| | | |
| | 106.0 | Total Credit hours |

---

[3]Credit hours are additional time worked beyond an employee's tour of duty.

4

**D.     HOURS FOR SICK LEAVE**

| Date | Hours | Level Type |
|---|---|---|
| 02/20/2018 | 8.0 | Sick Leave |
| 02/26/2018 | 8.0 | Sick Leave |
| 03/19/2018 | 4.0 | Sick Leave |
| 03/20/2018 | 8.0 | Sick Leave |
| 03/21/2018 | 8.0 | Sick Leave |
| 03/23/2018 | 8.0 | Sick Leave |
| 04/16/2018 | 2.5 | Sick Leave |
| 05/21/2018 | 6.0 | Sick Leave |
| 05/24/2018 | 4.0 | Sick Leave |
| 05/25/2018 | 8.0 | Sick Leave |
| 06/07/2018 | 3.0 | Sick Leave |
| 06/13/2018 | 4.5 | Sick Leave |
| 09/07/2018 | 1.0 | Sick Leave |
| 11/01/2018 | 2.0 | Sick Leave |
| 01/30/2019 | 8.0 | Sick Leave |
| 01/31/2019 | 8.0 | Sick Leave |
| 02/01/2019 | 8.0 | Sick Leave |
| 02/20/2019 | 0.5 | Sick Leave |
| 02/22/2019 | 3.5 | Sick Leave |
| 03/25/2019 | 3.0 | Sick Leave |
| 03/27/2019 | 8.0 | Sick Leave |
| 04/08/2019 | 3.5 | Sick Leave |
| 04/11/2019 | 1.0 | Sick Leave |
| 04/15/2019 | 8.0 | Sick Leave |
| 04/18/2019 | 8.0 | Sick Leave |
| 05/09/2019 | 1.5 | Sick Leave |
| 05/14/2019 | 0.5 | Sick Leave |
| 05/29/2019 | 2.0 | Sick Leave |
| 06/04/2019 | 0.5 | Sick Leave |
| 06/17/2019 | 2.0 | Sick Leave |
| 07/01/2019 | 2.0 | Sick Leave |
| 07/08/2019 | 8.0 | Sick Leave |
| 07/10/2019 | 4.0 | Sick Leave |
| 07/11/2019 | 4.0 | Sick Leave |

**HOURS FOR SICK LEAVE CONTINUED**

| | | |
|---|---:|---|
| 07/17/2019 | 1.0 | Sick Leave |
| 07/22/2019 | 4.0 | Sick Leave |
| 07/24/2019 | 8.0 | Sick Leave |
| 08/05/2019 | 1.0 | Sick Leave |
| 08/23/2019 | 4.0 | Sick Leave |
| 09/06/2019 | 2.0 | Sick Leave |
| 09/10/2019 | 8.0 | Sick Leave |
| 09/30/2019 | 2.0 | Sick Leave |
| 10/04/2019 | 2.0 | Sick Leave |
| 10/10/2019 | 4.0 | Sick Leave |
| 10/24/2019 | 2.5 | Sick Leave |
| 11/04/2019 | 2.0 | Sick Leave |
| 11/18/2019 | 1.0 | Sick Leave |
| 11/22/2019 | 1.0 | Sick Leave |
| 12/05/2019 | 6.5 | Sick Leave |
| 12/16/2019 | 2.0 | Sick Leave |
| 01/13/2020 | 2.0 | Sick Leave |
| 01/14/2020 | 4.0 | Sick Leave |
| | | |
| | 216.0 | Sick Leave Total |

**E.       HOURS FOR TIME OFF AWARD[4]**

| Date | Hours | Level Type |
|---|---:|---|
| 03/18/2019 | 8.0 | Time Off Award |
| 03/19/2019 | 8.0 | Time Off Award |
| 03/20/2019 | 4.0 | Time Off Award |
| | <u>20.0</u> | Time Off Award Total |

---

[4] An incentive award for the purpose of increasing employee productivity and creativity by rewarding their contributions to the quality, efficiency, or economy of Government operations.

6

**MEDICAL EXPENSES CONTINUED**

| Date | Account | Amount | Name |
|---|---|---|---|
| 04/23/2012 | 50075532 | $225.00 | UC Health |
| 05/02/2012 | 50266680 | $225.00 | UC Health |
| 05/07/2012 | 50284240 | $225.00 | UC Health |
| 05/14/2012 | 50477105 | $225.00 | UC Health |
| 05/21/2012 | 50475547 | $225.00 | UC Health |
| 06/09/2012 | 61952055 | $111.00 | UC Health |
| 12/29/2012 | 65470458 | $110.00 | UC Health |
| 02/21/2016 | 70335972 | $338.00 | UC Health |
| 02/21/2016 | 69442848 | $338.00 | UC Health |
| 02/21/2016 | 69368564 | $274.00 | UC Health |
| 02/21/2016 | 69424847 | $435.00 | UC Health |
| 02/21/2016 | 70335978 | $335.00 | UC Health |
| 02/22/2016 | 70335988 | $178.00 | UC Health |
| 02/22/2016 | 69439720 | $263.00 | UC Health |
| 02/22/2016 | 70335986 | $263.00 | UC Health |
| 08/31/2017 | 76636962 | $129.00 | UC Health |
| 08/31/2017 | 76708300 | $294.00 | UC Health |
| 02/21/2016 | 40607752 | $11,299.15 | (UC Health West Chester Hospital) |
| 08/31/2017 | 41006068 | $4,013.25 | (UC Health West Chester Hospital) |
| 04/12/2019 | 41810279 | $4,500.25 | (UC Health West Chester Hospital) |
| 04/17/2014 | 100002082364 | $7,355.03 | (Bethesda North Hospital Emergency Room) |
| 04/20/2014 | 100002086988 | $1,949.47 | (Bethesda North Hospital Emergency Room) |
| 04/30/2014 | 100021168999 | $4,556.92 | (Bethesda North Hospital Emergency Room) |
| 08/18/2015 | 100002448993 | $721.00 | (Bethesda North Hospital Emergency Room) |
| 11/10/2015 | 100003721302 | $776.00 | (Bethesda North Hospital Emergency Room) |
| 06/12/2016 | 100004390270 | $1,220.94 | (Bethesda North Hospital Emergency Room) |
| 07/08/2017 | 100005691571 | $1,319.20 | (Bethesda North Hospital Emergency Room) |
| 03/20/2018 | 100006260572 | $395.42 | (Bethesda North Hospital Emergency Room) |
| 03/23/2018 | 100006269871 | $3,045.01 | (Bethesda North Hospital Emergency Room) |
| 05/20/2018 | 600002607795 | $22.00 | (Bethesda North Hospital Emergency Room Ansari Asimul HAQ) |
| 05/20/2018 | 100006439316 | $7,990.32 | (Bethesda North Hospital Emergency Room) |
| 03/12/2019 | 100007370563 | $395.42 | (Bethesda North Hospital OB/OBS) |
| 01/15/2019 | | $125.00 | Next Step Therapeutics |

## MEDICAL EXPENSES CONTINUED

| Date | Account | Amount | Name |
|---|---|---|---|
| 02/14/2019 | | $125.00 | Next Step Therapeutics |
| 03/14/2019 | | $125.00 | Next Step Therapeutics |
| 04/09/2019 | | $125.00 | Next Step Therapeutics |
| 05/09/2019 | | $125.00 | Next Step Therapeutics |
| 06/04/2019 | | $125.00 | Next Step Therapeutics |
| 07/01/2019 | | $125.00 | Next Step Therapeutics |
| 08/02/2019 | | $125.00 | Next Step Therapeutics |
| 09/05/2019 | | $125.00 | Next Step Therapeutics |
| 10/04/2019 | | $125.00 | Next Step Therapeutics |
| 11/01/2019 | | $125.00 | Next Step Therapeutics |
| 12/04/2019 | | $125.00 | Next Step Therapeutics |
| 01/08/2020 | | $125.00 | Next Step Therapeutics |
| 04/11/2019 | | $235.00 | Sound Mind |
| 05/09/2019 | | $235.00 | Sound Mind |
| 05/29/2019 | | $235.00 | Sound Mind |
| 07/09/2019 | | $235.00 | Sound Mind |
| 08/05/2019 | | $235.00 | Sound Mind |
| 09/06/2019 | | $235.00 | Sound Mind |
| 10/04/2019 | | $235.00 | Sound Mind |
| 11/04/2019 | | $235.00 | Sound Mind |
| 12/04/2019 | | $235.00 | Sound Mind |
| 01/13/2020 | | $235.00 | Sound Mind |

**Medical Expenses Total**      **$79,317.38**

## G.                        LEGAL EXPENSES

| Date | Name | Amount | Purpose |
|---|---|---|---|
| 2011 | Freking & Betz | $16,000.00 | Representation for complaint 1 |
| 2013 | Withman Law Office | $2,000.00 | Representation for felony acquisition |
| 2013 | Benjamin, Yocum & Heather, LLC | $11,365.00 | Representation for complaint 2 |
| 2020 | Legal Services | $12,775.00 | Legal Services for EEOC Matter |

**Legal Expenses Total**      **$42,140.00**