# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**Granted.**
10:37 AM, Mar 6, 2024

*Karen L. Litkovitz*
United States Magistrate Judge

| | |
|---|---|
| MELODY HENRY, | Case No. 1:21-cv-00031 |
| Plaintiff, | District Judge McFarland |
| v. | Magistrate Judge Litkovitz |
| JANET YELLEN, SECRETARY, DEPARTMENT OF TREASURY, | **MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |
| Defendant. | |

The Defendant, Janet Yellen, Secretary, Department of Treasury, by counsel, by and through the undersigned counsel, respectfully moves this Court for a two-week extension of time to file a dispositive motion, up to and including March 19, 2024. The current Dispositive Motions deadline is set for March 5, 2024. This motion is not intended to delay this litigation, and Defendant believes that Plaintiff will suffer no prejudice by the requested extension of time. This is Defendant's last request for an extension to file a dispositive motion.

Plaintiff's counsel does not object to the extension.

[Signature on next page]

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

*s/William B. King II*
WILLIAM B. KING II (094046)
Assistant United States Attorney
Attorney for Defendant
United States of America
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-6972
E-mail: Bill.King@usdoj.gov