IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

> Granted.
> 9:09 AM, Sep 24, 2024
>
> *Karen L. Litkovitz*
> Karen L. Litkovitz
> United States Magistrate Judge

| | |
|---|---|
| MELODY HENRY, | Case No. 1:21-cv-00031 |
| Plaintiff, | District Judge McFarland |
| v. | Magistrate Judge Litkovitz |
| JANET YELLEN, SECRETARY, DEPARTMENT OF TREASURY, | **MOTION FOR EXTENSION OF TIME TO FILE REPLY** |
| Defendant. | |

The Defendant, Janet Yellen, Secretary, Department of Treasury, by and through the undersigned counsel, moves this Court for a 14-day extension of time to file a reply to Plaintiff's response to Defendant's Motion to Dismiss. The current reply deadline is set for September 23, 2024. A 14-day extension will extend the due date to October 7, 2024.

Defendant requests additional time to consult with agency counsel and properly prepare its dispositive motion.

Plaintiff's counsel was consulted and does not object to this extension.

[Signature on following page]

2

    Respectfully submitted,

    KENNETH L. PARKER
    United States Attorney

    *s/William B. King II*
    WILLIAM B. KING II (094046)
    Assistant United States Attorney
    Attorney for Defendant
    United States of America
    221 East Fourth Street, Suite 400
    Cincinnati, Ohio 45202
    Office: (513) 684-3711
    Fax: (513) 684-6972
    E-mail: Bill.King@usdoj.gov