IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **MELODY F. HENRY**, | : |
| *Plaintiff*, | : Case No. 1:21-cv-31 |
| vs. | : Judge Jeffery P. Hopkins |
| | : Magistrate Judge Karen L. Litkovitz |
| **SCOTT BESSENT, SECRETARY, DEAPARTMENT OF THE TREASURY**,[1] | : |
| *Defendant*. | : |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation (Doc. 73) issued by Magistrate Judge Litkovitz on November 6, 2024. The Magistrate Judge recommends that Defendant's Motion for Summary Judgment (Doc. 58) be granted in full. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.[2]

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes from 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *see also Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, the Court hereby **GRANTS** Defendant's Motion for Summary

---

[1] This case was brought against former Secretary of the Treasury Steven Mnuchin. The Court substitutes the name of current Secretary of the Treasury Scott Bessent.

[2] The deadline was extended twice, *see* Docs. 75, 76, and the final deadline for filing objections was March 31, 2025.

Judgment. The Court orders the Clerk to **ENTER JUDGMENT** for Defendant and **TERMINATE** this matter from the docket.

  **IT IS SO ORDERED.**

Dated:  May 28, 2025

                 Hon. Jeffery P. Hopkins
                 United States District Judge