IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MELODY F. HENRY,

    *Plaintiff*,

vs.

SCOTT BESSENT, SECRETARY, DEPARTMENT OF THE TREASURY,[1]

    *Defendant*.

: Case No. 1:21-cv-31
:
: Judge Jeffery P. Hopkins

## JUDGMENT IN A CIVIL CASE

☐ **Jury Verdict.**     This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**     This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**     This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED** that pursuant to the May 28, 2025 Order, the Court **ADOPTS** the Magistrate Judge's November 6, 2024 Report and Recommendation in its entirety. Accordingly, Court hereby **GRANTS** the Defendant's Motion for Summary Judgment. The Court orders the Clerk to **ENTER JUDMENT** for Defendant and **TERMINATE** this matter from the docket.

Dated: May 28, 2025

Richard W. Nagel, Clerk of Court
By: */s Karli Colyer*
Deputy Clerk

---

[1] This case was brought against former Secretary of the Treasury Steven Mnuchin. The Court substitutes the name of the current Secretary of the Treasure Scott Bessent.